Chairperson, Hon. Katherine R. Curtis, Member, Hon. Marc G. Buyske and Member, Hon. Gary L. Day.

**From: The District Court of the 21ˢᵗ Judicial District. County of Ravalli.**

**STATE OF MONTANA,**
**Plaintiff,**                                              **No. DC-02-101**
**vs.**                                                            **Decision**
**JAMES M. VISSER,**
**Defendant,**

On March 26, 2003, the defendant was sentenced to the following: Sexual Intercourse Without Consent: Forty (40) years in the Montana State Prison, with fifteen (15) years suspended; Assault with a Weapon (2 counts): Ten (10) years in the Montana State Prison on each count, to run consecutive to one another, and concurrently with the above sentence. The defendant shall not be eligible for parole for a period of twenty-five (25) years.

On August 21, 2003, the Sentence Review Division of the Montana Supreme Court heard the defendant's application for review of that sentence.

The defendant was present and was represented by Sasha Brownlee. The state was represented by Geoffrey Mahar.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 21st day of August, 2003.

DATED this 8th day of September, 2003.

Chairperson, Hon. Katherine R. Curtis, Member, Hon. Marc G. Buyske and Member, Hon. Gary L. Day.